## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANLEY EDWARD JAMISON, JR., | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 05-CV-2188 PLF |
| | ) **ECF** |
| | ) |
| DEPARTMENT OF JUSTICE, ET AL., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

### DEFENDANT'S MOTION FOR AN EXTENSION OF TIME

Defendants Department of Justice and Environment and Natural Resources Division respectfully request for an extension of time from December 12, 2005, to January 25, 2006, to respond to *pro se* Plaintiff Stanley Edward Jamison's Complaint. The deadline for Defendants to respond to Mr. Jamison's Complaint is on December 12, 2005.[1]

There is good cause to grant this motion. Mr. Jamison files this case under the Freedom of Information Act seeking certain documents from the Environment and Natural Resources Division ("ENRD") pertaining to five tracts of land in California. Defendants are in the process of evaluating Mr. Jamison's claims and need additional time to complete that process. Furthermore, the ENRD attorney who initially handled this case has recently left the agency. The ENRD is in the process of reassigning this case to another agency counsel.

Normally, Defendants would only seek a 30-day extension to complete this process and respond to the Complaint. However, a 30-day extension here would place the deadline for Defendants' response in the week of January 9, 2006. The undersigned counsel is scheduled to

---

[1]Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel.*" It does not require counsel to discuss those motions with <u>pro se</u> parties.

travel to the National Advocacy Center, in South Carolina, for training during that week.  Upon

return to the office the following week (the week of January 16, 2006), the undersigned has

scheduled to take a deposition early that week.  Moreover, the undersigned is also scheduled to

file a summary judgment in another matter.  Therefore, the earliest that the undersigned can

prepare Defendants' response, submit it for client and supervisory review, and file it with the

Court is on January 25, 2006.

Given these circumstances, Defendants request that the Court grant an extension of time

from December 12, 2005, to January 25, 2006, for Defendants to complete the evaluation of the

Complaint and file their response.

Dated: December 8, 2005.                      Respectfully Submitted,


                                              _____/s/_____
                                              KENNETH L. WAINSTEIN, D.C. BAR #451058
                                              United States Attorney


                                              _____/s/_____
                                              R. CRAIG LAWRENCE, D.C. BAR #171538
                                              Assistant United States Attorney

                                              _____/s/_____
                                              JOHN C. TRUONG, D.C. BAR #465901
                                              Assistant United States Attorney
                                              555 Fourth Street, N.W.
                                              Washington, D.C.  20530
                                              (202) 307-0406

                                              Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANLEY EDWARD JAMISON, JR., | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 05-CV-2188 PLF |
| | ) **ECF** |
| | ) |
| DEPARTMENT OF JUSTICE, ET AL., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## [PROPOSED] ORDER GRANTING DEFENDANTS'
## MOTION FOR AN EXTENSION OF TIME

Upon consideration of Defendants' Motion for an Extension of Time and the entire

record herein, it is this _____ day of December, 2005,

ORDERED that Defendants' Motion for an Extension of Time be and is hereby

GRANTED; it is

FURTHER ORDERED that Defendants shall have up and including January 25, 2006, to

file a response to the Complaint.

SO ORDERED.


_____
U.S. District Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on December 8, 2005,  I caused the foregoing <u>Defendant's</u>

<u>Motion for an Extension of Time</u> to be served on plaintiff *pro se*, postage prepaid, addressed as

follows:


**Stanley E. Jamison, Jr.**
**#06086-097**
USP – Victorville
P.O. Box 5500
Adelanto, CA 92301


_____/s/_____
John C. Truong