UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **STANLEY E. JAMISON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2188 (PLF) |
| | ) | |
| **UNTIED STATES OF AMERICA, et al.** | ) | ECF |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' STATEMENT OF MATERIAL FACTS
NOT IN GENUINE DISPUTE**

Pursuant to Local Rules 7(h) and 56.1, Defendants submit the following statement of materials for which there is no genuine dispute:

1. By letter dated February 22, 2005, *pro se* Plaintiff Stanley Edward Jamison, Jr., sent a Freedom of Information Act ("FOIA") request to the Environment and Natural Resource Division ("ENRD") seeking documents pertaining to "the United States Government's letter of 'acceptance' of the State of California cession of legislative jurisdiction over the tracts of land located at [15 specified addresses in California] pursuant to Title 40 U.S.C. Section 255." See Rhazi Decl. at ¶ 3 & Gov. Exh. A.

2. In response, by letter dated March 10, 2005, the ENRD sent a letter to Mr. Jamison confirming that the ENRD had received his FOIA request.  Rhazi Decl. at ¶ 4 & Gov. Exh. B.

3. Mr. Jamison's FOIA request seeks records concerning legislative jurisdiction determinations  for 15 specified tracts of land in California. Rhazi Decl. at ¶ 3 & Gov.

Exh. A.

4. The Law and Policy Section in the ENRD maintains the ENRD's files on legislative jurisdiction determinations (these determinations involve the ceding of land between states and the federal government). Rhazi Decl. at ¶ 6.

5. These files consist of approximately three file cabinet drawers located in ENRD's Law and Policy Section in the Main Justice Building, 950 Pennsylvania Ave., N.W., Washington, DC. Id.

6. These files are maintained by the Law and Policy Section and are the ENRD's sole repository of documents on legislative jurisdiction determinations. The ENRD does not have an electronic database for such documents. Id.

7. On May 27, 2005, the ENRD notified Mr. Jamison that it had conducted a search of ENRD's files but did not locate any records responsive to his FOIA request. Rhazi Decl. at ¶ 8 & Gov. Exh. C.

8. Subsequently, on June 24, 2005, the ENRD received a Memorandum from the Office of Information and Privacy ("OIP") of Department of Justice informing the ENRD that the OIP had received an appeal by Mr. Jamison from ENRD's May 27, 2005, response to his FOIA request. Rhazi Decl. at ¶ 9 & Gov. Exh. D.

9. On August 1, 2005, the OIP informed Mr. Jamison that it concluded that the ENRD's response to him was correct in that responsive documents do not exist. Rhazi Decl. at ¶ 10 & Gov. Exh. E.

Dated: January 24, 2006.                    Respectfully Submitted,

        /s/
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney


        /s/
R. CRAIG LAWRENCE, D.C. BAR #171538
Assistant United States Attorney

        /s/
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendants