Stanley Edward Jamison, Jr.,

No. 06086-097

Federal Correctional Complex Victorville II

P.O. Box 5700

Adelanto, California [92301]

ENVIRONMENT & NATURAL
RESOURCES DIVISION
APPELLATE SECTION

2005 FEB 28 PM 1:20

February 22, 2005

Judy Harvey, Paralegal Specialist

Law and Policy Section

Environment and Natural Resources Division

Department of Justice

P.O. Box 4390

Ben Franklin Station

Washington, DC 20044-4390

**GOVERNMENT EXHIBIT A**

Dear Ms. Harvey:

Please place this FOIA request in track one or two pursuant to 5 U.S.C. Sec. 552(a)(6)(E) of the FOIA.

I'm requesting "the United States Government's letter of Acceptance" of the State of California cession of legislative jurisdiction over the tracts of land located at: (1) 650 Capitol Mall, Sacramento, California; (2) 501 I Street, Sacramento, California; (3) 280 South First Street, San Jose, California; (4) 450 Golden Gate Avenue, San Francisco, California; (5) 411 West Fourth Street, Santa Ana, California; (6) 2277 Watt Avenue, Sacramento, California; (7) 70 Solano Square, Benicia, California; (8) 11201 Gold Express Drive, Gold River, California; (9) 6945 Stockton Boulevard, Sacramento, California; (10) 8386 Folsom

(1 of 2)                                                                A

Boulevard, Sacramento, California; (11) 2270 Arden Way, Sacramento, California; (12) 275 West Calaveras Boulevard, Milpitas, California; (13) 883 Blossom Hill Road, San Jose, California; (14) 60 West Hamilton, Campbell, California; (15) 1111 Washington, Santa Clara, California", pursuant to Title 40 U.S.C. Section 255.

Please send applicable response as soon as possible.

Sincerely requested

Stanley Edward Damian Jr.

(2 of 2)



U.S. Department of Justice

Environment and Natural Resources Division

*Law and Policy Section*
*P.O. Box 4390*
*Ben Franklin Station*
*Washington, DC 20044-4390*

*Telephone (202) 514-1442*
*Facsimile (202) 514-4231*

MAR 1 0 2005

Stanley Edward Jamison, Jr.
No. 06086-097
Federal Correctional Complex Victorville II
P.O. Box 5700
Adelanto, CA  92301

FOIA No.: FOIA-2005-00045

Dear Mr. Jamison:

The Environment and Natural Resources Division received your Freedom of Information Act (FOIA) request on February 28, 2005 for records concerning the acceptance of legislative jurisdiction over fifteen tracts of land in California.

Under the Department's FOIA regulations, found at 28 C.F.R. 16.3(c), by filing a FOIA request, you have agreed to pay all applicable costs up to $25.00. Our response letter will detail any fees owed as a result of your request; please do not send any payment now. If you need information on fee waiver criteria, believe you have met the requirements for a fee waiver, at 28 C.F.R. 16.11(k), or do not agree to pay fees up to $25.00, please contact us as soon as possible.

Please contact me at (202) 514-0424 with any questions.

Sincerely,

Nadia Rhazi
Paralegal Specialist

GOVERNMENT EXHIBIT B



**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Law and Policy Section*                                                                                      *Telephone (202) 514-1442*
*P.O. Box 4390*                                                                                         *Facsimile (202) 514-4231*
*Ben Franklin Station*
*Washington, DC 20044-4390*

Stanley Edward Jamison, Jr.
No. 06086-097
United States Penitentiary Victorville             **MAY 2 7 2005**
P.O. Box 5500
Adelanto, California 92301

                                             FOIA No.: FOIA-2005-00045

**Dear Mr. Jamison:**

      This letter responds to your Freedom of Information Act (FOIA) request for records concerning the acceptance of legislative jurisdiction over fifteen tracks of land in California. The Environment and Natural Resources Division received your request on February 28, 2005.

      We have conducted a search of this Division's files and have located no records responsive to your request.

      Please note that the presence or absence of the records you requested in this Division's files does not indicate the existence or non-existence of federal legislative jurisdiction over a site.

      This determination may be appealed under 28 C.F.R. 16.9(a) and 5 U.S.C. 552(a)(6)(A) within 60 days of the date of this letter by writing to the Co-Director, Office of Information and Privacy, U.S. Department of Justice, Flag Building, Suite 570, 950 Pennsylvania Avenue, N.W., Washington D.C. 20530. You should clearly mark your envelope and letter: "Freedom of Information Appeal."

      The Environment and Natural Resources Division has reviewed the information provided to us on the time spent on this matter and has determined that we will not need to address your fee waiver request because the processing fees do not exceed our minimum billing threshold.

      If you need any further assistance, please contact Nadia Rhazi at (202)514-0424.

                                                                       Sincerely,

                                                                       Pauline H. Milius
                                                                       Chief



GOVERNMENT EXHIBIT C



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*    *Washington, D.C. 20530*

June 24, 2005

**MEMORANDUM**

TO:     JUDY HARVEY
        ENRD

FROM:   CHIQUITA HAIRSTON
        INFORMATION ASSISTANT

SUBJECT: APPEAL (S) NOTIFICATION

    Attached hereto are copies of Freedom of Information and Privacy Act appeals received in this Office from initial request determinations made by your component.

    Please direct copies of all background correspondence pertinent to these appeals (initial request, interim correspondence, and final response) to this Office at: Office of Information and Privacy, U.S. Department of Justice, Flag Bldg. Suite 570, Washington, D.C. 20530.

    **Please send copies if the documents at issue marked to indicate the withholdings.** This can speed up the appeal process considerably.

    **Please also include the name and phone number of the FOIA processor for each request.**

    We will appreciate receiving your response as soon as possible. Once we have received your response, each appeal will be assigned to an attorney who will call you with further questions.

    If you have any questions, please contact Attorney-Advisor Elizabeth Withnell at (202)514-3642.

    Your cooperation, as always is appreciated.



GOVERNMENT EXHIBIT D

-2-

| **Appeal (s):** | **FOIA/PA #** | **OIP Appeal No.** |
|---|---|---|
| 1. Stanley E. Jamison | 2005-00045 | 05-2049 |



U.S. Department of Justice

Office of Information and Privacy

---

*Telephone: (202) 514-3642*　　　　　　　　*Washington, D.C. 20530*

AUG 0 1 2005

Mr. Stanley E. Jamison, Jr.
Register No. 06086-097
United States Penitentiary　　　　　Re:　Appeal No. 05-2049
Post Office Box 5500　　　　　　　　　　　Request No. 2005-00045
Adelanto, CA  92301　　　　　　　　　　　RLH:KDC:JTR

Dear Mr. Jamison:

　　You appealed from the action of the Environment and Natural Resources Division of the United States Department of Justice on your request for access to records concerning whether the federal government has accepted "legislative jurisdiction" at five different locations in California.

　　The ENRD informed you that it could locate no records responsive to your request in its files. It has been determined that the ENRD's response is correct.

　　If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

　　　　　　　　　　　　　　　　　　Sincerely,


　　　　　　　　　　　　　　　　　　Richard L. Huff
　　　　　　　　　　　　　　　　　　Co-Director



GOVERNMENT
EXHIBIT
E



Case 1:05-cv-02188-PLF   Document 7-3   Filed 11/25/2005   Page 8 of 9

**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642     Washington, D.C. 20530

FEB 14 2005

Mr. Stanley Jamison
Reg. No. 06086-097
United States Penitentiary
P.O. Box 5500                         Re:   OIP/05-R0384
Adelanto, CA  92301                         MAP:CLM:DRH

Dear Mr. Jamison:

    This responds to your letter dated January 24, 2005, and received in this Office on February 11, 2005, in which you requested "the United States Government's letter of 'Acceptance' of the State of California cession of legislative jurisdiction over the tracts of land located at: (1) 650 Capital Mall, Sacramento, California; (2) 501 I Street, Sacramento, California; (3) 280 South First Street, Sacramento, California; (4) 450 Golden Gate Avenue, San Francisco, California; (5) 411 West Fourth Street, Santa Ana, California" pursuant to Title 40 U.S.C. § Sec. 255.  This response is made on behalf of the Office of Information and Privacy.

    As we advised you in our letter of December 16, 2004, the Freedom of Information Act (FOIA) provides a right of access to federal agency records that exist and can be located in agency files, and does not require agencies to answer questions, compile information or conduct research.  For your information, this Office maintains initial request files of FOIA and Privacy Act requests for records that may be located in the Offices of the Attorney General, Deputy Attorney General, Associate Attorney General, Legal Policy, Legislative Affairs, Intergovernmental and Public Liaison, and Public Affairs.  Additionally, this Offices maintains files of administrative appeals of denials of Department of Justice FOIA and Privacy Act requests.  Therefore, this Office would not maintain the type of information you have requested.  I can only suggest that you contact the Environment and Natural Resources Division (ENRD) as it is the Department of Justice component responsible for providing guidance on the federal statute referred to in your request.  As such, that component is best able to assist you with your records request.  You should contact ENRD directly at the following address:

        Judy Harvey, Paralegal Specialist
        Law and Policy Section
        Environment and Natural Resources Division
        Department of Justice
        P.O. Box 4390
        Ben Franklin Station
        Washington, DC  20044-4390

05 2188



GOVERNMENT EXHIBIT

**FILED**

NOV - 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-2-

    If you consider my response to be a denial of your request, you may administratively appeal by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530-0001, within sixty days from the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

                                            Sincerely,

                                            Melanie Ann Pustay
                                            Deputy Director