UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANLEY EDWARD JAMISON, JR.,     ) | |
|     ) | |
|     Plaintiff    ) | |
|     ) | |
| v.    ) | Civil Action No. 05-CV-2188 PLF |
|     ) | **ECF** |
|     ) | |
| DEPARTMENT OF JUSTICE, ET AL.,    ) | |
|     ) | |
|     Defendants.    ) | |
| _____    ) | |

**NOTICE OF FILING OF DECLARATION OF NADIA RHAZI
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
OR, IN THE ALTERATIVE, FOR SUMMARY JUDGMENT**

On January 25, 2006, Defendants filed their Motion to Dismiss or, in the Alternative, for Summary but inadvertently neglected to attach the Declaration of Nadia Rhazi. This Declaration is referenced in Defendants' Motion. Accordingly, Defendants are now filing this Declaration with the Court.

Dated: January 26, 2006.    Respectfully Submitted,

              /s/
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney


              /s/
R. CRAIG LAWRENCE, D.C. BAR #171538
Assistant United States Attorney

              /s/
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANLEY EDWARD JAMISON, JR., | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 05-CV-2188 PLF |
| | )                    **ECF** |
| | ) |
| DEPARTMENT OF JUSTICE, ET AL., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on January 26, 2006, I caused the foregoing **NOTICE OF FILING OF DECLARATION OF NADIA RHAZI IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERATIVE, FOR SUMMARY JUDGMENT**

to be served on plaintiff *pro se*, postage prepaid, addressed as follows:

**Stanley E. Jamison, Jr.**
**#06086-097**
USP – Victorville
P.O. Box 5500
Adelanto, CA 92301


_____/s/_____
John C. Truong