IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANLEY EDWARD JAMISON JR.  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>UNITED STATES DEPARTMENT OF  )<br>JUSTICE ENVIRONMENT AND  )<br>NATURAL RESOURCES DIVISION, and  )<br>RICHARD L. HUFF, Co-Director  )<br>)<br>Defendants.  )<br>_____)  | Civil Action No. 1:05-CV-02188-PLF |

DECLARATION OF NADIA RHAZI

I, Nadia Rhazi, declare the following to be a true and correct statement of facts, to the best of my knowledge and belief:

1) I am a Paralegal Specialist with the Law and Policy Section of the Environment and Natural Resources Division ("ENRD") of the U.S. Department of Justice. In this capacity, my responsibilities include the processing of incoming requests received by ENRD under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), searching for documents responsive to FOIA requests, and coordinating the response by ENRD to FOIA requests. I have been serving in this capacity for 18 months. For the past six months, I have been the senior FOIA Paralegal Specialist who coordinates ENRD's FOIA responses. In 2004, I received a Bachelor of Arts degree, summa cum laude, from the University of California, Los Angeles.

2) The statements I make here are made on the basis of my review of the official files

and records of ENRD, my own personal knowledge, and/or on the basis of information acquired by me through the performance of my official duties.

3)    On February 28, 2005, ENRD received a letter dated February 22, 2005, sent to ENRD by Stanley Edward Jamison, Jr. ("Requester") pursuant to FOIA, requesting "the United States Government's letter of 'acceptance' of the State of California cession of legislative jurisdiction over the tracts of land located at [15 specified addresses in California] pursuant to Title 40 U.S.C. Section 255." See Exhibit A ("Request").

4)    On March 10, 2005, I sent a letter to Requester to notify him that ENRD had received the Request. See Exhibit B.

5)    The Request asks for a document(s) concerning legislative jurisdiction determination(s) for 15 specified addresses in California.

6)    The Law and Policy Section in ENRD maintains ENRD's files specifically concerning legislative jurisdiction determinations (these determinations involve the ceding of land between states and the federal government). These files consist of approximately three file cabinet drawers located in ENRD's Law and Policy Section in the Main Justice Building, 950 Pennsylvania Ave., N.W., Washington, DC. These files are maintained by the Law and Policy Section and are the sole repository of ENRD documents pertaining to legislative jurisdiction determinations. ENRD does not have an electronic database for such documents.

7)    In response to the Request, I thoroughly searched these ENRD files and found no responsive documents.

8)    By letter of May 27, 2005, ENRD informed Requester that ENRD had conducted a search of ENRD's files, and located no records responsive to the Request. See Exhibit C.

9) By memorandum of June 24, 2005, the US Department of Justice Office of Information and Privacy ("OIP") informed ENRD that OIP had received an appeal by Requester from ENRD's May 27, 2005, response to the Request. See Exhibit D.

10) By letter dated August 1, 2005, OIP informed Requester that OIP determined that ENRD's response to the Request was correct. See Exhibit E.

11) Upon learning that Requester had filed suit in the U.S. District Court for the District of Columbia requesting judicial review of ENRD's response to the Request, I conducted an additional thorough search of all legislative jurisdiction files maintained by the Law and Policy Section. Once again, I found no documents responsive to the Request.

12) Each step in the handling of the Request has been entirely consistent with ENRD procedures for responding to requests under FOIA.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed on _January 25_, 2006

_Nadia Rhazi_
Nadia Rhazi
Paralegal Specialist