STANLEY EDWARD JAMISON, JR.,

#06086-097

U.S.P.VICTORVILLE

P.O. BOX 5500

Adelanto, California, near[92301]

In Propria Persona

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANLEY EDWARD JAMISON, JR., ) | |
| Plaintiff ) | Affidavit |
| ) | |
| v. ) | Civil No. 05-2188(PLF) |
| DEPARTMENT OF JUSTICE, ET AL., ) | ECF |
| Defendants. ) | |

AFFIDAVIT OF STANLEY E. JAMISON

I, Stanley-Edward: Jamison, affiant herein desposes and say the following to be a true and correct statement of facts, to the best of my knowledge and belief:

1) I am the plaintiff in this civil action number 05-2188(PLF), seeking judicial review under the Freedom of Infromation Act, 5 U.S.C. §552 ("FOIA").

2) The statements I make here are made on the basis of my own personal knowledge, and/or on the basis of information acquired by me through due diligence.

3) I accept the DECLARATION OF NADIA RHAZI as being true, correct, complete and not misleading, and

4) based on NADIA RHAZI SWORN DECLARATION I request that this court enter a judicial finding of "NUL TIEL RECORD" to effect closure and finality for all concerned parties.

I declare under the penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed on February 1st ,2006.

ASSEVERATION, in compliance with 28 U.S.C. §1746 (Or) Notary

*Stanley Edward Jamison-Bey©*
Stanley Edward Jamison Jr.

STATE OF CALIFORNIA                                ARNOLD SCHWARZENEGGER, *Governor*

**CALIFORNIA STATE LANDS COMMISSION**　　　　　　　　**PAUL D. THAYER,** *Executive Officer*
100 Howe Avenue, Suite 100-South　　　　　　　　　　　　(916) 574-1800    FAX (916) 574-1810
Sacramento, CA 95825-8202　　　　　　　　　　　　*Relay Service From TDD Phone* **1-800-735-2929**
　　　　　　　　　　　　　　　　　　　　　　　　　　　*from Voice Phone* **1-800-735-2922**



**Contact Phone:** (916) 574-1829
**Contact FAX:** (916) 574-1855

January 25, 2005

File Ref: YC – 2005
Sacramento 1

Mr. Stanley Jamison, Jr., Reg. No. 06086-097
USP Victorville
P. O. Box 5500
Adelanto, CA 92301

　　　　Re: Federal Jurisdiction at Various Locations

Dear Mr. Jamison:

　　　I am in receipt of your letters of January 19, 2005 and January 24, 2005 requesting the jurisdictional status of the following addresses:

　　　　　6945 Stockton Blvd., Sacramento, CA
　　　　　8386 Folsom Blvd., Sacramento, CA
　　　　　2270 Arden Way, Sacramento, CA
　　　　　275 West Calaveras Blvd., Milpitas, CA
　　　　　883 Blossom Hill Rd., San Jose, CA
　　　　　60 West Hamilton, Campbell, CA
　　　　　111 Washington, Santa Clara, CA
　　　　　280 South First Street, San Jose, CA
　　　　　501 I Street, Sacramento, CA
　　　　　650 Capitol Mall, Sacramento, CA

　　　With regard to the above list and with exception of the last two entries, the Commission has no records of ownership of the properties by the United States. Consequently, there were no cessions of jurisdiction over those properties.

Mr. Stanley Jamison, Jr.
January 25, 2005
Page 2

    Of those properties owned by the United States, only the property at 650 Capitol Mall was the subject of a cession of jurisdiction. That cession was made by the Commission on April 26, 1966. The United States accepted the cession pursuant to 40 USC 255 in its letter of request of the cession. Copies of the United States' letter and the Commission's action are enclosed for your reference.

    If you have further questions, please contact me at your convenience.

                                      Sincerely,

                                      JAMES R. FREY
                                    Senior Staff Counsel

Enclosures

STATE OF CALIFORNIA ARNOLD SCHWARZENEGGER, *Governor*

**CALIFORNIA STATE LANDS COMMISSION** PAUL D. THAYER, *Executive Officer*
100 Howe Avenue, Suite 100-South (916) 574-1800  FAX (916) 574-1810
Sacramento, CA  95825-8202 *Relay Service From TDD Phone* **1-800-735-2929**
 *from Voice Phone* **1-800-735-2922**



 *Contact Phone:* (916) 574-1829
 *Contact FAX:* (916) 574-1855

June 8, 2005

Mr. Stanley Edward Jamison, Jr., No. 06086-097
Federal Correctional Complex Victorville
P. O. Box 5700
Adelanto, CA 92301

 Re: Federal Jurisdiction at Various Properties

Dear Mr. Jamison:

 We have received your Petition for Writ of Mandamus of May 31, 2005. Preliminarily we note that the filing of your Petition with the State Lands Commission is an inappropriate forum. The State Lands Commission is an administrative agency and not a judicial forum. Petitions such as yours should be filed in the appropriate judicial forum - a court. Nonetheless we offer the following comments on the points raised in your Petition.

 An important principle for you to keep in mind is that the United States has the power to prosecute federal crimes under a number of different federal constitutional powers and federal statutes. It does not require a State's cession of jurisdiction. Your attorney can help you with this. Alternatively, you can contact the United States Department of Justice, 950 Pennsylvania Avenue, Washington, D.C. 20530-0001 for assistance.

 Next, under California law, a number of things must occur before the State makes a cession of legislative jurisdiction to the United States. First the United States must own the property or at least have a leasehold interest in it. As of the date of your letter, all of the properties you inquired about, except 501 "I" St. and 650 Capitol Mall, Sacramento, are owned by non-federal parties. California does not cede jurisdiction to non-federal parties. Additionally, the Commission has no information on whether the United States leased any of those non-federal properties.

 More importantly, California only considers ceding legislative jurisdiction to the United States after the United States has requested California to do so. With regard to

Mr. Stanley Edward Jamison, Jr.
June 8, 2005
Page 2

the properties cited in your letter and excepting 650 Capitol Mall, Sacramento, the United States has never petitioned California for a cession over any of those properties. And for this reason the Commission has no file on any of these properties.

I am enclosing a copy of California Government Code Section 126 for your information and reference. This statute was enacted in 1946 and after 1947 became the sole statute for ceding legislative jurisdiction to the United States. The statute has been amended several times over the years. The version enclosed is the current statute.

In summary, I don't believe there is anything more that the Commission can provide you. Of the properties cited in your letters, only 501 "I" Street and 650 Capitol Mall are listed by the County Tax Assessor's Office as being federally owned. All of the other parcels are owned by non-federal parties. Of the two federal properties, the United States has petitioned for a cession of jurisdiction only over the 650 Capitol Mall parcel. We have previously provided you with a copy of the Commission's action on that parcel. I encourage you to discuss with your attorney the various federal powers that can be invoked for the prosecution of federal crimes.

Sincerely,

JAMES R. FREY
Senior Staff Counsel

Enclosure

STANLEY EDWARD JAMISON, JR.,

#06086-097

U.S.P. VICTORVILLE

P.O.BOX 5500

Adelanto, California, near[92301]

In Propria Persona

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STANLEY EDWARD JAMISON, JR., | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil No.05-2188(PLF) |
| DEPARTMENT OF JUSTICE, ET AL., | ) | ECF |
| Defendants. | ) | |
| | ) | [PROPOSED]ORDER |

[PROPOSED]ORDER GRANTING PLAINTIFF'S MOTION FOR "NUL TIEL RECORD"

    Upon consideraton of Plaintiff's Motion for "Nul Tiel Record" in the matter to effect closure/finality for all concerned parties, it is this _____ day of _____ ,2006

    ORDERED that Plaintiff's Motion for "Nul Tiel Record" be and is hereby GRANTED; and it is

    FURTHER ORDERED that the above-captioned action be and is hereby CLOSED with prejudice.

    SO ORDERED.

    Dated: _____

U.S.District Judge

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on February 1, 2006, I caused the foregoing (1) Affidavit of Stanley Edward Jamison Jr.; (2) [PROPOSED] ORDER FOR NUL TIEL RECORD; and (3) Plaintiff's Exhibit #1 and #2 from the California State Lands Commission dated January 25, 2005, and June 8, 2005, to be served on attorney of record John C. Truong for defendants, postage prepaid, addressed as follows:

John C. Truong, D.C. BAR#451058

U.S. Department of Justice

United States Attorney

District of Columbia

Judiciary Center,

555 Fourth Street, N.W.

Washington, D.C. 20530

*Stanley Edward Jamison Bey*
Petitioner