UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STANLEY EDWARD JAMISON, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 05-2188 (PLF) |
| v. | ) | |
| | ) | |
| DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

On January 25, 2006, Defendant moved to dismiss or, alternatively, for summary judgment of *pro se* Plaintiff Stanley Edward Jamison's complaint arguing that Defendant could not locate any responsive records to his Freedom of Information Act ("FOIA") request. See Dkt. No. 7. Defendant also attached the Declaration of Ms. Nadia Rhazi, who affirmed that, after conducting a reasonable search, Defendant could not locate any responsive records . See Dkt No. 8.

On January 31, 2006, the Court issued an order directing Mr. Jamison to respond to Defendant's dispositive motion by March 1, 2006. Subsequently, on February 3, 2006, in response to Defendant's dispositive motion and the Rhazi Declaration, Mr. Jamison submitted his own affidavit stating that he "accept[s] the Declaration of Nadia Rhazi as being true, correct, complete and not misleading." See Affidavit of Stanley E. Jamison at ¶ 3 (Dkt. No. 10). Mr. Jamison also states that "based on Nadia Rhazi Sworn Declaration I request that this court enter a judicial finding of '*Nul Tiel Record*' to effect closure and finality for all concerned parties."

Id. at ¶ 4.[1]

      Based on Mr. Jamison's Affidavit, Defendant urges the Court grant Defendant's dispositive motion as conceded and dismiss this case with prejudice.

Dated: February 13, 2006.                    Respectfully Submitted,

                                                          /s/
                                      KENNETH L. WAINSTEIN, D.C. BAR #451058
                                      United States Attorney

                                                          /s/
                                      R. CRAIG LAWRENCE, D.C. BAR #171538
                                      Assistant United States Attorney

                                                          /s/
                                      JOHN C. TRUONG, D.C. BAR #465901
                                      Assistant United States Attorney
                                      555 Fourth Street, N.W.
                                      Washington, D.C.  20530
                                      (202) 307-0406

                                      Attorneys for Defendant

---

[1]    "*Nul tiel record*" literally means "no such record." See BLACK'S LAW DICTIONARY 1099  (8th ed. 2004)

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STANLEY EDWARD JAMISON, JR.,    ) | |
| ) | |
| Plaintiff   ) | |
| ) | |
| v.   ) | Civil Action No. 05-CV-2188 PLF |
| ) | **ECF** |
| ) | |
| DEPARTMENT OF JUSTICE, ET AL.,   ) | |
| ) | |
| Defendants.   ) | |
| _____   ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on February 13, 2006, I caused the foregoing **REPLY TO MOTION TO DISMISS OR, IN THE ALTERATIVE, FOR SUMMARY JUDGMENT** to be served on plaintiff *pro se*, postage prepaid, addressed as follows:

**Stanley E. Jamison, Jr.
#06086-097**
USP – Victorville
P.O. Box 5500
Adelanto, CA 92301



_____/s/_____

John C. Truong