UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
STANLEY EDWARD JAMISON, JR.,        )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   Civil Action No. 05-2188 (PLF)
                                    )
U.S. DEPARTMENT OF JUSTICE, et al.  )
                                    )
        Defendants.                 )
_____ )

ORDER

In response to defendants' dispositive motion filed in this Freedom of Information Act case, plaintiff accepts defendants' declaration as "true, correct, complete and not misleading." Affidavit of Stanley E. Jamison at 1. He requests "that this court enter a judicial finding of 'NUL TIEL RECORD' to effect closure and finality for all concerned parties." Id. at 2. Accordingly, it is

ORDERED that defendants' motion for summary judgment [# 7] is GRANTED as conceded; and it is

FURTHER ORDERED that this case is DISMISSED.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  March 6, 2006