Stanley-Edward: Jamison-Bey©

R 06086-097

VICTORVILLE UNITED STATES PENITENTIARY

P.O. Box 5500

Adelanto, California, near[92301]

**RECEIVED**

MAR 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In Propria Persona

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


STANLEY EDWARD JAMISON, JR.,      )

      Plaintiff,      )

                    ) Civ. No.05-2188(PLF)

                    ) REQUEST FOR CERTIFICATION

      v.      ) OF MARCH 6, 2006

U.S. DEPARTMENT OF JUSTICE,et al.) 

      Defendants.      ) ORDER

_____

TO: Clerk of Court;

    In response to Courts' ORDER of March 6, 2006, in this Freedom of Information Act case, plaintiff "Accepts for Value said ORDER" by PAUL L. FRIEDMAN United States District Judge, and requests said "ORDER be Certified/Authenticated in accord with 28 U.S.C. §1738 ".


    SO ORDERED.

                /s/_____

DATE: March 8, 2006

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


STANLEY EDWARD JAMISON JR.,          )

      Plaintiff,                     )

      v.                             ) Civ. No. 05-2188(PLF)

DEPARTMENT OF JUSTICE, et. al. )

      Defendants.                    )

_____

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that, on March 8, 2006, I caused the
foregoing REQUEST FOR CERTIFICATION OF MARCH 6, 2006 ORDER,
to be served on Defendants, postage prepaid, addressed as
follows:

    JOHN C. TRUONG, D.C. BAR#465901
    Assistant United States Attorney
    555 FOURTH STREET, N.W.
    Washington, DC 20530
        Attorney For Defendants


_____
Stanley Edward Jamison-Bey©